**No. 10-6932. Guadencio Cayetano-Camacho, Petitioner v. United States.**

562 U.S. 1050, 131 S. Ct. 612, 178 L. Ed. 2d 445, 2010 U.S. LEXIS 8963.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**445**

Same case below, 369 Fed. Appx. 822.